**Electronically Filed
Supreme Court
SCWC-12-0000717
09-OCT-2015
11:58 AM**

SCWC-12-0000717

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SUNNI WEST,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000717; CASE NO. 1DTA-10-03989)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Sunni West's application for writ of certiorari filed on September 2, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, October 9, 2015.

Kevin O'Grady
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

